# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| **Case Number:** 16-50154 AMK | **Trustee:** (550340) HAROLD A. CORZIN |
| **Case Name:** CLARK, TIMOTHY L. | **Filed (f) or Converted (c):** 01/28/16 (f) |
| CLARK, CYNTHIA A. | **§341(a) Meeting Date:** 03/14/16 |
| **Period Ending:** 07/30/18 | **Claims Bar Date:** 10/27/17 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 3782 PELHAM LANE, KENT OH | 93,100.00 | 0.00 | OA | 0.00 | FA |
| 2 | CASH | 70.00 | 0.00 | | 0.00 | FA |
| 3 | CHASE BANK CHECKING ACCOUNT | 256.11 | 0.00 | | 0.00 | 1.00 |
| 4 | CHASE BANK SAVINGS ACCOUNT | 75.02 | 0.00 | | 0.00 | 1.00 |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 750.00 | 0.00 | | 0.00 | FA |
| 6 | BOOKS, PICTURES, COMPACT DISCS, PRESIDENTIAL GOL | 800.00 | 0.00 | | 0.00 | FA |
| 7 | CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 8 | WEDDING RING, WEDDING BANDS, OTHER GOLD JEWELRY | 3,900.00 | 0.00 | | 0.00 | FA |
| 9 | FISHING EQUIPMENT, TOOLS | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | STATE FARM UNIVERSAL LIFE POLICY : SPOUSE | 399.65 | 0.00 | | 0.00 | FA |
| 11 | STATE FARM UNIVERSAL LIFE POLICY : SPOUSE | 192.03 | 0.00 | | 0.00 | FA |
| 12 | ROLLOVER IRA THROUGH RAYMOND JAMES | 66,448.43 | 1.00 | | 0.00 | 1.00 |
| 13 | ANTICIPATED 2015 FEDERAL AND STATE INCOME TAX RE | 0.00 | 0.00 | | 0.00 | FA |
| 14 | 2006 CHEVROLET IMPALA | 3,727.00 | 0.00 | | 0.00 | FA |
| 15 | CATS (2) | 0.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets** **Totals** (Excluding unknown values) | **$170,918.24** | **$1.00** | | **$0.00** | **$3.00** |

Printed: 07/30/2018 08:44 AM

V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-50154 AMK | **Trustee:** (550340) HAROLD A. CORZIN |
| **Case Name:** CLARK, TIMOTHY L. | **Filed (f) or Converted (c):** 01/28/16 (f) |
| CLARK, CYNTHIA A. | **§341(a) Meeting Date:** 03/14/16 |
| **Period Ending:** 07/30/18 | **Claims Bar Date:** 10/27/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

An issue involving a claimed exemption in an inherited pension came before the court by way of oral argument in April, 2017. The Trustee is awaiting a decision.

**Initial Projected Date Of Final Report (TFR):** September 30, 2017     **Current Projected Date Of Final Report (TFR):** December 31, 2018